| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK<br>------------------------------------------------------------X<br>CHARLES KESSE<br><br>                Plaintiff,<br><br>   -against-<br><br>COURIER CAR RENTAL INC. and<br>MURAHAMI KAZUHIRO,<br><br><br>                Defendants<br>------------------------------------------------------------X | *Filed Electronically*<br><br>07 CV 3550<br><br><br><br>**RULE 7.1 DISCLOSURE**<br><br><br>Supreme Court, Bronx County<br>Index No.13564/07 |

PURSUANT TO FRCP 7.1 AND TO ENABLE JUDGES AND MAGISTRATE JUDGES OF THE COURT TO EVALUATE POSSIBLE DISQUALIFICATION OR RECUSAL, THE UNDERSIGNED COUNSEL FOR DEFENDANTS, COURIER CAR RENTAL INC. and   MURAHAMI KAZUHIRO, CERTIFIES THAT THE FOLLOWING ARE CORPORATE PARENTS, AFFILIATES AND/OR SUBSIDIARIES OF SAID PARTY WHICH ARE PUBLICLY HELD AND/OR WHICH OWN 10% MORE OF THE STOCK OF SAID PARTY.  **NONE**

DATE: May 2, 2007

                                                  By: Kyle Edmonds (8442)