ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/13/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

CHARLES KESSE

Plaintiff,

-against-

COURIER CAR RENTAL INC. and
MURAHAMI KAZUHIRO,

Defendants

---------------------------------------------------------X

*Filed Electronically*

07 CV 3550

**STIPULATION**

Supreme Court, Bronx County
Index No.13564/07

IT IS HEREBY STIPULATED by and between the undersigned parties as follows:

1. That the maximum amount of damages which plaintiff may claim and/or be awarded is Seventy-Five Thousand Dollars. Plaintiff waives all rights to seek damages in excess of Seventy-Five Thousand Dollars.

2. That plaintiff, pursuant to CPLR 3017(c), seeks damages of $75,000 and waives all rights within the CPLR to seek an amendment and/or supplement to the damages to which he deems himself entitled.

3. That plaintiff hereby waives any and all rights to seek an increase to the ad damnum clause in the complaint in excess of Seventy-Five Thousand Dollars.

4. That the matter is remanded to the Supreme Court of the State of New York, Bronx County.

Dated: New York, New York
May 21, 2007

SO ORDERED:

Harold Baer, Jr., U.S.D.J.

Date: 6/12/07

GALVANO & XANTHAKIS, P.C.
Kyle Edmonds (8442)
Attorneys for Defendants
150 Broadway, Suite 2100
New York, New York 10038
(212) 349-5150

HAROLD CHETRICK, PC
Attorney(s) for Plaintiff
The Lincoln Building
60 East 42nd Street
Suite 445
New York, N.Y. 10165-0445
212-557-5830

Endorsement:

I'm signing this stip but we don't generally grant remands where parties may be forum shopping. See Quinones 2007 WL 1522621 or in some sense and the stip seems to exemplify the problem bargaining for a ceiling on damages - especially where we have jurisdiction and you may be sure it won't happen again. Nonetheless in deference to the NY State Courts I will grant an order to remand as per this stipulation and the clerk is so instructed and will remove this case from my docket.